IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>and<br><br>**THE STATE OF INDIANA,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**METALWORKING LUBRICANTS COMPANY,**<br><br>*Defendant*. | Case No.: 1:22-cv-01560-JMS- DLP |

### AMENDED NOTICE OF LODGING OF CONSENT DECREE

Plaintiffs, the United States of America ("United States"), by the authority of the Attorney General and through the undersigned attorneys, and at the request of the Administrator of the United States Environmental Protection Agency ("EPA"), and the State of Indiana ("Indiana" or the "State") on behalf of the Indiana Department of Environmental Management ("IDEM") (collectively, "Plaintiffs") hereby notify the Court that the United States, IDEM and Metalworking Lubricants Company ("Metalworking") have entered into a proposed Consent Decree, which is being lodged with the filing of this notice.

Paragraph 91 of the Consent Decree provides that:

This Consent Decree shall be lodged with the Court for a period of not less than 30 Days for public notice and comment in accordance with 28 C.F.R. § 50.7.  The United States reserves the right to withdraw or withhold its consent if the comments regarding the Consent Decree disclose facts or considerations indicating that the Consent Decree is inappropriate, improper, or inadequate.  Defendant consents to entry of this Consent Decree without further notice and agrees not to withdraw from or oppose entry of this Consent Decree by the Court or to challenge any provision of the Decree, unless the

United States has notified Defendant in writing that it no longer supports entry of the Decree.

After the public comment period has expired, the United States will evaluate any comments received and, if the United States concludes at that time that the Consent Decree should be entered, the United States will so advise the Court and seek entry of the Consent Decree as a final order of the Court. Therefore, **we request that the Court neither execute the Consent Decree nor enter it as an order at this time.**

                Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA:**

**TODD KIM**
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

Dated: August 16, 2022

*Richard Gladstein*
**RICHARD GLADSTEIN**
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044-7611
(202) 514-1711
Richard.Gladstein@usdoj.gov

Dated: August 16, 2022

*Shelese Woods*
**SHELESE WOODS**
Assistant United States Attorney United States Attorney's Office 10 West Market Street, Suite 2100
Indianapolis, IN 46204
317-226-6333
shelese.woods@usdoj.gov

Of Counsel:

**ROBERT M. PEACHEY**
Office of Regional Counsel
U.S. EPA Region 5 (C-14J)
77 W. Jackson Blvd.
Chicago, Illinois 60604
Phone: (312) 353.4510
Fax: (312) 692.2422
E-mail: peachey.robert@epa.gov