IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** and **THE STATE OF INDIANA,** *Plaintiffs,* v. **METALWORKING LUBRICANTS COMPANY,** *Defendant.* | Case No.: 1:22-cv-01560-JMS- DLP |

### ORDER ENTERING CONSENT DECREE

Upon consideration of the Plaintiffs' Unopposed Motion to Enter the Consent Decree lodged with the Court, there being no opposition thereto, and for good cause shown,

**IT IS ORDERED** that the above-mentioned motion is **GRANTED [11]**, and it is

**FURTHER ORDERED** that the Consent Decree among the United States, on behalf of the Environmental Protection Agency, the State of Indiana, and Metalworking Lubricants Company, be and hereby is signed, approved and **ENTERED**. This Consent Decree shall constitute a final judgment among the Plaintiffs and the Settling Defendant.

SO ORDERED.

Date: 9/20/2022

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution via ECF